266 So.2d 440

Mrs. Gladys BUXTON

v.

ACADIAN PULPWOOD CORPORATION.

No. 52723.

Sept. 27, 1972.

Writ denied. On the facts found by the Court of Appeal there is no error in the judgment.

266 So.2d 440

STATE of Louisiana ex rel. Bertrand BROWN

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52719.

Sept. 27, 1972.

BARHAM, J., is of the opinion the writ should be granted. The applicant makes a full showing of filing the writ below and repeatedly demanding action. The Judge— or whomever received the writ apparently refused to act or file the writ in the record.